# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CORY K. WINANS,                        )        3:12-CV-00514-RCJ-VPC
                                       )
       Plaintiffs,                )
                                       )        **ORDER**
  vs.                                  )
                                       )
STEVE COLLARD, et al.,                 )
                                       )
       Defendants.                )
_____)

This is a *pro se* prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On May 28, 2013, the Court dismissed the complaint with leave to amend, ordering plaintiff to file an amended complaint in thirty days. (ECF No. 9). Plaintiff's amended complaint was due on June 28, 2013.

The order of May 28, 2013, was apparently delivered to plaintiff, as it was not returned undelivered. Plaintiff has not responded to the order. More than the allotted time has elapsed and plaintiff has not filed an amended complaint, and he has not responded in any manner to the Court's orders. Therefore, plaintiff's action shall be dismissed.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH PREJUDICE** for the failure of plaintiff to comply with this Court's order of May 28, 2013. Any appeal of this order would not be taken in good faith. The Clerk shall enter judgment accordingly.

Dated this 16th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE